IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01203–WJM–KMT

MICHAEL L. MENDENHALL, an individual,

    Plaintiff,

v.

BANKERS LIFE AND CASUALTY COMPANY, an Illinois corporation, and
CNO FINANCIAL GROUP, INC. (f/k/a Conseco Inc.), a Delaware corporation,

    Defendants.

BANKERS LIFE AND CASUALTY COMPANY, an Illinois Corporation,

    Counterclaim-Plaintiff,

v.

MICHAEL L. MENDENHALL, an individual,

    Counterclaim-Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Scheduling Dates" (Doc. No. 72, filed May 17, 2013) is GRANTED. The Clerk is directed to send a copy of the Courtroom Minutes from the Status Conference held on March 1, 2013 (Doc. No. 61).

Dated: May 17, 2013